# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-1255V
UNPUBLISHED

| | |
|---|---|
| WESLEY GREENE,<br><br>     Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>     Respondent. | Chief Special Master Corcoran<br><br>Filed: April 7, 2021<br><br>Special Processing Unit (SPU); Damages Decision Based on Proffer; Tetanus Diphtheria acellular Pertussis (Tdap) Vaccine; Shoulder Injury Related to Vaccine Administration (SIRVA) |

*Maximillian J. Muller, Muller Brazil, LLP, Dresher, PA,* for petitioner.

*Naseem Kourosh, U.S. Department of Justice, Washington, DC,* for respondent.

### **DECISION AWARDING DAMAGES**[1]

On August 22, 2019, Wesley Greene filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered left shoulder injuries related to vaccine administration ("SIRVA") as a result of a Tetanus, Diphtheria and Pertussis ("Tdap") vaccine received on May 7, 2018. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 31, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On April 6, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $55,000.00. Proffer at 1. In the Proffer, Respondent represented that Petitioner agrees with the proffered award.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

*Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $55,000.00 (all for pain and suffering) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                      **s/Brian H. Corcoran**
                                      Brian H. Corcoran
                                      Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| WESLEY GREENE, ) | |
|   ) | |
|   Petitioner, ) | |
|   ) | No. 19-1255V (ECF) |
| v. ) | Chief Special Master Corcoran |
|   ) | |
| SECRETARY OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
|   ) | |
|   Respondent. ) | |
|   ) | |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On August 22, 2019, Wesley Greene ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2018) (the "Vaccine Act"). Petitioner alleged that he suffered a shoulder injury related to vaccine administration ("SIRVA"). ECF No. 1 (Petition) at 1.

On March 29, 2021, respondent filed a report conceding that compensation under the Vaccine Act is appropriate in this case. ECF No. 22.

On Mach 31, 2021, the Chief Special Master issued a Ruling on Entitlement, finding that petitioner is entitled to compensation. ECF No. 23. On the same date, the Chief Special Master issued a Damages Order. ECF No. 24.

**I.    Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $55,000.00. The award is comprised of the following: $55,000.00 for pain and suffering. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. <u>Form of the Award</u>

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of **$55,000.00**, in the form of a check payable to petitioner. Petitioner agrees.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    C. SALVATORE D'ALESSIO
    Acting Director
    Torts Branch, Civil Division

    HEATHER L. PEARLMAN
    Acting Deputy Director
    Torts Branch, Civil Division

    ALEXIS B. BABCOCK
    Assistant Director
    Torts Branch, Civil Division

    <u>/s/ Naseem Kourosh</u>
    NASEEM KOUROSH
    Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 146, Benjamin Franklin Station
    Washington, D.C. 20044-0146
    Tel:  (202) 598-0899
    E-mail:  Naseem.Kourosh@usdoj.gov

DATED:  April 6, 2021